# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOHAMMED ALSAYED ABDELSALAM,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>Defendants. | No. 5:20-cv-02608-JGB-KK<br><br>**ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND STAY OF REMOVAL**<br><br>Honorable Otis D. Wright II<br>United States District Judge |

IT IS HEREBY ORDERED, for the reasons set forth in the parties' stipulation, that Defendants shall have up to and including December 30, 2020, to respond to Plaintiff Mohammed Alsayed Abdelsam's Application for Temporary Restraining Order and Stay of Removal (ECF 11).

Dated: December 23, 2020

_____
Jesus G. Bernal
United States District Judge

1

Presented by:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   */s/ Jill S. Casselman*
JILL S. CASSELMAN
Assistant United States Attorney

Attorneys for Respondents
WILLIAM P. BARR; JAMES MCHENRY;
DAVID H. WETMORE; CHAD F. WOLF