JS-6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| MOHAMMED ALSAYED ABDELSALAM,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>Defendants. | No. 5:20-CV-02608-JGB-KKx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION**<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

Pursuant to the Joint Stipulation of Dismissal filed by the parties, IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice, with each side to bear its own costs, fees, and expenses.

Dated: October 8, 2021

_____
Jesus G. Bernal
United States District Judge

1